# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NAQUILLA M. WALKER,

      Plaintiff,

v.

LACKAWANNA CHILDREN AND YOUTH,

      Defendant.

3:17-CV-2011
(JUDGE MARIANI)

FILED
SCRANTON
SEP 27 2018
PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 26th DAY OF SEPTEMBER, 2018**, upon review of Chief Magistrate Judge Schwab's Report & Recommendation, (Doc. 7), for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc. 7), is **ADOPTED** for the reasons discussed therein.

2. Plaintiff's Amended Complaint, (Doc. 6), is **DISMISSED**.

3. The Clerk of the Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge